# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLCO RENEWABLE ENERGY LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-11171-IT <br><br> Hon. Indira Talwani |

## INTERVENOR-DEFENDANT VINEYARD WIND 1 LLC'S NOTICE OF JOINDER IN DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO REVISE THE SCHEDULING ORDER

Intervenor-Defendant Vineyard Wind 1 LLC ("Vineyard Wind") hereby joins the Federal Defendants' Memorandum in Opposition to Plaintiffs' Motion to Revise the Schedule Order, as amended, Doc. 113 (June 4, 2022) ("Response").

Dated: June 6, 2022

Respectfully submitted,

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304
jpirozzolo@sidley.com

David T. Buente, Jr. (*pro hac vice*)
Peter C. Whitfield (*pro hac vice*)
Brooklyn N. Hildebrandt (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
(202) 736-8000
dbuente@sidley.com
pwhitfield@sidley.com
bhildebrandt@sidley.com
*Counsel for Vineyard Wind 1 LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2022, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

Date: June 6, 2022                                                            /s/ Jack W. Pirozzolo
                                                                                            Jack W. Pirozzolo