UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Thomas MELONE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-11171-IT |
| | * | |
| Janet COIT, in her official capacity as Assistant Administrator of the National Marine Fisheries Service, and the NATIONAL MARINE FISHERIES SERVICE, | * * * * * | |
| | * | |
| Defendants, | * | |
| | * | |
| and | * | |
| | * | |
| VINEYARD WIND 1 LLC, | * | |
| | * | |
| Intervenor-Defendant. | * | |

## JUDGMENT

August 7, 2023

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 178] on the parties' Cross-Motions for Summary Judgment [Doc. Nos. 144, 152, 156], JUDGMENT IS HEREBY ENTERED in favor of Defendants and Intervenor-Defendant and against Plaintiff. All parties shall bear their own costs and fees. This case is CLOSED.

IT IS SO ORDERED.

/s/Indira Talwani
United States District Judge