UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MELONE,<br><br>        Plaintiff,<br><br>v.<br><br>JANET COIT, in her official capacity of Assistant Administrator, of the National Marine Fisheries Service, and the NATIONAL MARINE FISHERIES SERVICE,<br><br>        Defendants. | Case No. 1:21-cv-11171<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that Thomas Melone hereby appeals to the United States Court of Appeals for the First Circuit from orders by the Honorable Indira Talwani granting allowing Vineyard Wind 1 LLC's Motion for Leave to Intervene [Docket Nos. 42, 43, 45, and 46], granting Defendants' and Vineyard Wind 1 LLC's Motions for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, [Docket No. 178], and from the final judgment entered on August 7, 2023 [Docket No. 179].

                                            Respectfully submitted,

Dated: September 5, 2023              /s/ Thomas Melone
                                                 Thomas Melone
                                                 BBO No. 569232
                                                 Allco Renewable Energy Limited
                                                 157 Church St., 19th Floor
                                                 New Haven, CT 06510
                                                 Telephone: (212) 681-1120
                                                 Facsimile: (801) 858-8818
                                                 Thomas.Melone@AllcoUS.com

Certificate of Service

    I HEREBY CERTIFY that on this 5th day of September 2023, a true and complete copy of the foregoing has been filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

                                                                                  /s/Thomas Melone